IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARL WOOD, 1534713, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-112-K |
| | ) | |
| CITY OF DALLAS, ET AL., | ) | |
|        Defendants. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 15th day of June, 2010.

_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE